B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   James Dutka   
_____   
Debtor(s)

Case No.   1:14-bk-12045-MT   
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | | 4,193.00 |
| American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | American Express<br>Po Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Credit Card | | 2,709.00 |
| Bank Of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Bank Of America<br>PO Box 982238<br>El Paso, TX 79998-2238 | Credit Card | | 44,729.00 |
| Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Credit Card | | 15,166.00 |
| Citibank NA<br>PO Box 790034<br>Saint Louis, MO 63179-0034 | Citibank NA<br>PO Box 790034<br>Saint Louis, MO 63179-0034 | Residence Location: 3365 Van Allen Place, Topanga CA 90290. Value from appraisal obtained by Union Bank circa January 2014 | | 267,188.36 (1,150,000.00 secured) (1,160,013.73 senior lien) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | | 9,000.00 |
| Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Louis, MO 63195-3185 | Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Louis, MO 63195-3185 | Credit Card | | 13,998.26 |
| Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054-0018 | Los Angeles County Tax Collector<br>PO Box 54018<br>Los Angeles, CA 90054-0018 | Residence Location: 3365 Van Allen Place, Topanga CA 90290. Value from appraisal obtained by Union Bank circa January 2014 | | 66,211.48 (1,150,000.00 secured) (1,427,202.09 senior lien) |

B4 (Official Form 4) (12/07) - Cont.

In re **James Dutka**  
Debtor(s)

Case No. **1:14-bk-12045-MT**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Phil Danza and Marilyn Danza<br>3375 Mandeville Canyon Road<br>Los Angeles, CA 90049 | Phil Danza and Marilyn Danza<br>3375 Mandeville Canyon Road<br>Los Angeles, CA 90049 | Personal Loan against Future Commissions | | 18,000.00<br><br>(0.00 secured) |
| Richard Klein<br>Law Offices of Geordan Goebel<br>155 Granada Street Suite M2<br>Camarillo, CA 93010-7725 | Richard Klein<br>Law Offices of Geordan Goebel<br>155 Granada Street Suite M2<br>Camarillo, CA 93010-7725 | Money loaned. Disputed. Debtor may have Setoff claims | | 135,541.95 |
| UnionBanCal Mortgage<br>1980 Saturn St<br>Monterey Park, CA 91755 | UnionBanCal Mortgage<br>1980 Saturn St<br>Monterey Park, CA 91755 | Residence. Location: 3365 Van Allen Place, Topanga CA 90290. Value from appraisal obtained by Union Bank circa January 2014 | | 1,160,013.73<br><br>(1,150,000.00 secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re James Dutka
_____
Debtor(s)

Case No. 1:14-bk-12045-MT

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS - AMENDED
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, James Dutka, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  June 2, 2014

Signature  /s/ James Dutka
James Dutka
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.